*In re* **LEVIN**, Irving Jay (MR 19652)
Los Angeles, CA

Order of the Court:

The motion by Irving Jay Levin to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **LOKER**, Michael William (MR 19618)
San Diego, CA

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Michael William Loker is disbarred.